E-FILED
Monday, 26 June, 2006  10:49:35 AM
Clerk, U.S. District Court, ILCD

### IN THE UNITED STATES DISTRICT COURT
### CENTRAL DISTRICT OF ILLINOIS
### PEORIA DIVISION

| | |
|---|---|
| ANNUITY PLAN OF THE INTERNATIONAL UNION OF OPERATING ENGINEERS LOCAL NO. 649, | )<br>)<br>)<br>)<br>) |
| Plaintiff, | )<br>) |
| vs. | ) CASE NO.: 06-1002<br>) |
| KEVIN YERGLER, ASPHALT AND EXCAVATING, INC., | )<br>)<br>) |
| Defendant. | ) |

## MOTION FOR ISSUANCE OF ALIAS SUMMONS

NOW COMES the Plaintiff, **Annuity Plan of the International Union of Operating Engineers Local No. 649**, by its attorney, David W. Stuckel, and moves that the court authorize the issuance of an Alias Summons to be served upon the Defendant, **Kevin Yergler, Asphalt and Excavating, Inc.**, and in support thereof, states the following:

1. A summons was originally issued on January 3, 2006.

2. Plaintiff's counsel retained the services of a private process server to serve the Summons and Complaint upon the Defendant.

3. Despite personal consultation between Plaintiff's attorney and the process server, counsel has been unable to obtain a return of the original unserved Summons, but believes that based on personal consultation, the process server has lost or misplaced the original summons and is unable to return it to counsel.

4.      Based on the unavailability of the original Summons, an Alias Summons should be issued which would allow the Plaintiff to secure service on the Defendant.

**Wherefore**, the Plaintiff prays that the Court authorize the issuance of an Alias Summons.

Respectfully submitted,

s/ David W. Stuckel
DAVID W. STUCKEL

**HARVEY & STUCKEL, CHTD.**
331 Fulton Street, Suite 650
Peoria, IL  61602
Telephone:  (309) 671-4900
Facsimile:  (309) 671-5473