AO 440 (Rev 1/90) Summons in a Civil Action

## ALIAS
# United States District Court
### Central District of Illinois

| | |
|---|---|
| ANNUITY PLAN OF THE INTERNATIONAL UNION OF OPERATING ENGINEERS LOCAL NO. 649, | ) ) ) ) ) |
| Plaintiff, | ) ) |
| vs. | ) CASE NO.: 06-1002 ) |
| KEVIN YERGLER, ASPHALT AND EXCAVATING, INC., | ) ) ) |
| Defendant. | ) |

TO: (Name and Address of Defendant)    Kevin Yergler, Registered Agent
314 E. 2nd Street
Gridley, IL 61744

**YOU ARE HEREBY SUMMONED** and required to file with the Clerk of this Court and serve upon PLAINTIFF'S ATTORNEY (name and address):

David W. Stuckel, Esq.
Harvey & Stuckel, Chtd.
331 Fulton Street, Suite 650
Peoria, Illinois 61602

an answer to the complaint which is herewith served upon you, within **twenty (20)** days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint.

John M. Waters            6/27/06
**CLERK**                **DATE**

s/Deputy Clerk
**BY DEPUTY CLERK**

F:\Tammy\ERISA\16089L\Alias.Summons.wpd