E-FILED
Thursday, 13 July, 2006 10:43:55 AM
Clerk, U.S. District Court, ILCD

ANNUITY PLAN OF THE
INTERNATIONAL UNION
VS
BUSINESS KEVIN YERGLER ASPHALT AND EXCA

Case Number: NE061002

| | |
|---|---|
| **COURT PAPER TYPE :** Alias Summons | |
| **COURT PAPER SUMMARY:** -KEVIN YERGLER ASPHALT AND EXCA, BUSINESS | |
| **COURT PAPER STATUS: Completed** | |

**Individual Summary:** KEVIN YERGLER ASPHALT AND EXCA, BUSINESS  -  DOB:
**RACE:** Unknown  **SEX:** Unknown
**Individual Return / Service Status:** <u>Served</u>

Corporation Served this writ this <u>07</u> day of <u>July</u>, <u>2006</u>, by reading it to the within named <u>Kevin Yergler</u> **Owner**.

Served Sex: <u>M</u>    Served Race: __    Served DOB: __

Comment: <u>Corporation service @ Center St. and Rt. 24, Gridley, IL</u>
Service, . . . . . . . . . . . . . . . . . <u>$ 30.00</u>
Miscellaneous Fees:

_____ SHERIFF

<u>104</u> miles necessary travel from Law and Justice Center to place of service of within named person and return,

<u>$ .50</u> per mile . . . . . . . . . . <u>$ 52.00</u>  By __MCSP DEPUTY SHERIFF CHAD WITKOWSKI - ID # 11256

Return . . . . . . . . . . . . . . . <u>$ 8.00</u>
TOTAL . . . . . . . . . . . . . . . <u>$ 90.00</u>

ATTACHMENTS:

This is the original return of service.
This is not a bill.


263902