IN THE UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
PEORIA DIVISION

| | |
|---|---|
| ANNUITY PLAN OF THE INTERNATIONAL UNION OF OPERATING ENGINEERS LOCAL NO. 649,<br><br>Plaintiff,<br><br>vs.<br><br>KEVIN YERGLER ASPHALT & EXCAVATING, INC.,<br><br>Defendant. | CASE NO.: 06-1002 |

**ENTRY OF APPEARANCE**

HOWARD & HOWARD ATTORNEYS, P.C., enters its appearance on behalf of KEVIN YERGLER ASPHALT & EXCAVATING, INC., and designates Leonard W. Sachs as lead counsel.

Dated: August 24, 2006

        KEVIN YERGLER ASPHALT
        & EXCAVATING, INC.


        By: s/ Leonard W. Sachs
            Leonard W. Sachs
            Howard & Howard Attorneys, P.C.

Leonard W. Sachs, Esq.
Howard & Howard Attorneys, P.C.
211 Fulton Street, Suite 600
Peoria, IL 61602-1350
(309) 672-1483 (telephone)
(309) 672-1568 (facsimile)
lsachs@howardandhoward.com

CERTIFICATE OF SERVICE

I hereby certify that on August 24, 2006, I electronically filed the **ENTRY OF APPEARANCE** with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following:

David W. Stuckel<br>
Harvey & Stuckel, Chtd.<br>
331 Fulton Street, Suite 650<br>
Peoria, IL 61602

s/ Leonard W. Sachs
Leonard W. Sachs

Leonard W. Sachs
Howard & Howard Attorneys PC
Attorneys for Defendant
211 Fulton Street, Suite 600
Peoria, IL 61602
(309) 672-1483
lsachs@howardandhoward.com