IN THE UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
PEORIA DIVISION

| | |
|---|---|
| ANNUITY PLAN OF THE INTERNATIONAL UNION OF OPERATING ENGINEERS LOCAL NO. 649,<br><br>Plaintiff,<br><br>vs.<br><br>KEVIN YERGLER ASPHALT & EXCAVATING, INC.,<br><br>Defendant. | CASE NO.: 06-1002 |

## STIPULATION FOR DISMISSAL BY REASON OF SETTLEMENT

Now comes the Plaintiff, **Annuity Plan of the International Union of Operating Engineers Local No. 649,** by its attorney, **David W. Stuckel**, and the Defendant, **Kevin Yergler Asphalt & Excavating, Inc.**, by its attorney, **Leonard W. Sachs**, and respectfully request the Court dismiss the action by reason of settlement, all parties to bear their own costs and attorneys' fees, except as agreed to the contrary.

Respectfully submitted,

KEVIN YERGLER ASPHALT
& EXCAVATING, INC.

By: s/ Leonard W. Sachs
   **Howard & Howard Attorneys, P.C.**
   211 Fulton Street, Suite 600
   Peoria, IL 61602
   Telephone:    (309) 672-1483
   Facsimile:    (309) 672-1568

Respectfully submitted,

ANNUITY PLAN OF THE INTERNATIONAL
UNION OF OPERATING ENGINEERS
LOCAL NO. 649

By: s/ David W. Stuckel
   **Harvey & Stuckel, Chtd.**
   331 Fulton Street, Suite 650
   Peoria, IL 61602
   Telephone:    (309) 671-4900
   Facsimile:    (309) 671-5473

F:\Tammy\ERISA\16089L\Stipulation for Dismissal.wpd